[No. 54946-4-I. Division One. July 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. D.R., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-8-01610-3, Harry J. McCarthy, J., entered September 17, 2004. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Agid and Schindler, JJ.

[Nos. 31403-7-II; 31617-0-II. Division Two. July 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEYSON FIELDS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. HANNAH ROSALIE MELISSA PEREZ, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 03-1-01116-1 and 03-1-01114-4, Kathryn J. Nelson, J., entered February 6, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 31423-1-II. Division Two. July 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD WILLIAM MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05596-6, Donald H. Thompson, J. Pro Tem., entered February 24, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, J.; Bridgewater, J., dissenting.

[No. 22179-2-III. Division Three. July 12, 2005.]

TRI-CITY METRO DRUG TASK FORCE, *Respondent*, v. MARIA CONTRERAS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 02-2-50181-1, Vic L. VanderSchoor, J., entered June 11, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J. Now published at 129 Wn. App. 648.